UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**JULIO CESAR CRUZ RIVERA**<br>Debtor | CASE NUMBER: 18-01488-EAG<br><br>CHAPTER 13 |

**URGENT MOTION FOR SALE OF REAL ESTATE PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 USC §363(b) & (f)**

TO THE HONORABLE COURT:

**COMES NOW**, debtor, JULIO CESAR CRUZ RIVERA through the undersigned attorney and before this Honorable Court most respectfully states and prays:

1. Debtors filed a Chapter 11 petition for relief on March 20, 2018 . (Dk-1)

2. The bankruptcy estate in the captioned case includes residential real property which the debtor represented that he will sell at private sale. Real property is inscribed at the Property Registry:

PROPERTY DESCRIPTION:

"RUSTICA: Parcela radicada en el Barrio Palmarejo del municipio de Lajas, Puerto Rico, con una cabida superficial de cuatrocientos veinte metros cuadrados y en lindes por el NORTE, en treinta y cinco punto cero cero metros con la parcela segregada de Efrain Grant Martinez; por el SUR, en treinta y cinco punto cero cero metros con parcela B y que sera vendida a Osvaldo Cruz Baez; por el ESTE, en doce punto cero cero metros con terrenos de Juan R. Gelpi; y por el OESTE, en doce punto cero cero metros con el canal de riego."

Inscribed at Lot ("Finca") no. 5,124, Page ("Folio") no. 52, Book ("Tomo") no. 150 of Lajas, Property Registry of San German, Puerto Rico.

PROPERTY ADDRESS:
BARRIO OLIVARES CALLE AMAPOLA #86, LAJAS PR 00667 .

3. Title study of real property, included in attachments to this motion, shows that the described property is recorded and titled inscribed with private character in favor of debtor and his spouse. (Exhibit I)

4. The Debtor represent that he has received the following offer and/or communication in connection with the sale of this real property, summarized as follows: That Mr. Jose L Cruz Acosta and Leticia Gomez have offer to pay the debt owed to creditor Condado 3, LLC, as stated in the stipulation at docket no. 88

and approved by the court at docket no. 92. The monies for this transaction is money from a loan that Mr. Jose L Cruz Acosta and Leticia Gomez are making to First Bank of Puerto Rico . The buyer has appropiated the funds for this transaction. The creditor Condado 3, LLC, has accepted said offer.

5. The property has an appraisal value of $80,000.00.

6. The property is encumbered by a lien of creditor Condado 3, LLC., who filed claim 2-1 on June 22, 2018, with a balance of $419,945.13.

7. Debtor hereby represent that proceeds of sale will be paid pursuant to the provisions of the propose plan and stipulation at docket no. 88, after payment of administrative expenses and secured claims encumbering real property.

8. The sale shall be completed by Debtor upon entry of order granting the instant motion.

9. Upon the signature of deed of sale the real property shall be transferred to Buyer free and clear of liens and claims of interest; such liens or claims of interest, if any, shall attach to proceeds. See 11 U.S.C.§ 363 (f). The Buyer, will pay all taxes on said property.

10. Unless a party in interest files a written objection, with a copy thereof served to the debtor, trustee, and parties in interest within FOURTEEN (14) DAYS from the date of this Notice, the sale contemplated herein shall be adjudicate to the best firm offer or, being at this time Mr. Jose L Cruz Acosta, upon the terms herein set forth and authorization of the court.

11. Sale is made "as is" and "where is" without warranty of any kind. All risks of loss shall pass to the Buyer upon adjudication of the sale and closing of the sales deed by the debtor.

12. The present motion is urgent as the Buyer has a deadline up to March 30 to close the sale as he has an approved loan up to said date, in which the approval will expire.

**NOTICE IS FURTHER GIVEN** that, unless a party in interest files a written objection, with a copy thereof severed to the debtors, within FOURTEEN (14) DAYS from the date of this Notice, the court may grant this motion without further notice or hearing on the matters.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notificationof such filing to all parties in this case registered for receipt of notice by electronic mail. Debtors further certifie that they have notified the instant motion via regular mail to the following recipients and purported lienholder as per attached master address list.

**WHEREFORE**, Trustee hereby requests that this Honorable Court grant the instant motion and authorize the sale of real property pursuant to 11 U.S.C. §363 free and clear of liens pursuant to the terms and conditions set forth in this motion.

RESPECTFULLY SUBMITTED.

Dated this 12 day of March, 2020.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
Po Box 1414
Sabana Grande, Puerto Rico 00637
Phone (787) 396-9029
Quiebrapr@gmail.com

18-01488-EAG13 JULIO CESAR CRUZ RIVERA
Case type: bk Chapter: 13 Asset: Yes Vol: v US BANKRUPTCY JUDGE: EDWARD A GODOY
Date filed: 03/20/2018 Date of last filing: 03/11/2020

Creditors

AUTOMATED ENFORECEMNET DIVISION
PO Box 593095
Orlando, FL 32859-3095(4566259)
(cr)
BANCO POPULAR
PO Box 362708
San Juan, PR 00936-2708(4566260)
(cr)
Condado 3 CR2, LLC
Attn: SZD/XX9X3XX10
3144 S. Winton Road
Rochester, New York 14623(4595886)
(cr)
CRIM
PO Box 195387
San Juan, PR 00919-5387(4566261)
(cr)
DEPARTAMENTO DE HACIENDA
PO Box 2520
Trujillo Alto, PR 00977-2520(4566262)
(cr)
DEPARTMENT OF TREASURY
BANKRUPTCY SECTION
235 Ave Arterial Hostos Ste 1504
San Juan, PR 00918-1451(4566263)
(cr)
DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140(4604117)
(cr)
TITO COSTA
Carr
100 Km 6.4
CABO ROJO, PR 00623



**ESTUDIO**

| | | |
|---|---|---|
| **CLIENTE** | : **FIRSTBANK PUERTO RICO** | 487,927 |
| **RE** | : **JOSE L CRUZ ACOSTA/ 920922/ LETICIA GOMEZ IRIS V FEIJOO/ HIPOTECARIO/** | |
| **FINCA** | : Número 5,124, inscrita al folio 52 del tomo 150 de Lajas. Registro de la Propiedad de Puerto Rico, Sección de San Germán. | |

**DESCRIPCION**:

**RUSTICA:** Parcela radicada en el Barrio Palmarejo del municipio de Lajas, Puerto Rico, con una cabida superficial de cuatrocientos veinte metros cuadrados y en lindes por el **NORTE**, en treinta y cinco punto cero cero metros con parcela segregada de Efraín Grant Martínez; por el **SUR**, en treinta y cinco punto cero cero metros con parcela B y que será vendida a Osvaldo Cruz Báez; por el **ESTE**, en doce punto cero cero metros con terrenos de Juan R. Gelpí; y por el **OESTE**, en doce punto cero cero metros con el canal de riego.

**ORIGEN REGISTRAL:**

Se segrega de la finca número 2,177, inscrita al folio 167 vuelto del tomo 62 de Lajas.

**PLENO DOMINIO:**

Consta inscrito al folio 53 del tomo 150 de Lajas, a favor de **Julio César Cruz Rivera y su esposa Janet Ramos Rosado**, quienes lo adquirieron por compraventa de Epifanio Cruz Miranda y su esposa Consuelo Quiles, por el precio de $31,500.00, mediante la escritura número 319, otorgada en San Juan, Puerto Rico, el día 30 de abril de 1987, ante el notario José R. Torres Zayas, finca número 5,124, inscripción 2da.

**GRAVÁMENES:**

i. Por su procedencia está afecta a:

    LIBRE DE CARGAS.

ii. Por sí está afecta a:

    a. Hipoteca en garantía de un pagaré a favor del Portador, o a su orden, por la suma principal de $53,000.00, con intereses al 7.99% o al 1% sobre el Prime Rate, lo que sea mayor, vencedero a la presentación, constituida mediante la escritura número 427, otorgada en Mayagüez, Puerto Rico, el día 24 de noviembre de 1998, ante el notario José M. Biaggi Junquera, e inscrita al folio 5 del tomo 294 de Lajas, finca número 5,124, inscripción 5ta.

    b. Hipoteca en garantía de un pagaré a favor de Westenbank Puerto Rico, o a su orden, por la suma principal de $7,000.00, con intereses al 15% anual, vencedero a la presentación, constituida mediante la escritura número 159, otorgada en Lajas, Puerto Rico, el día 5 de marzo de 2001, ante el notario José A. Amador López, e inscrita al folio 186 del tomo 335 de Lajas, finca número 5,124, inscripción 6ta.

2                                           487,927

Continuación…
Finca número 5,124

    c. Aviso de Demanda del día 15 de mayo de 2007, expedida en el Centro Judicial de Mayagüez, en el Caso Civil número ISCI200700863, sobre Ejecución de Hipoteca, seguido por Westernbank Puerto Rico, versus Julio César Cruz Rivera y su esposa Janet Ramos Rosado y su sociedad, mediante la cual se ordena el pago de $190,856.64 más costas y/o venta en Pública Subasta, anotado el día 16 de octubre de 2019, al tomo Karibe de Lajas, finca número 5,124, Anotación A.

**OBSERVACIÓN:**

Embargo Federal contra Nancy Torres & José L. Cruz, seguro social xxx-xx-3379, por la suma de $982.93, notificación número 361866819, presentado el día 31 de mayo de 2019, anotado el día 17 de julio de 2019, al asiento 2019-005844-FED del Sistema Karibe.

**No podemos precisar que la persona embargada y el titular en esta finca sean la misma persona.**

**REVISADOS:**

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010; Contribuciones Federales; Sentencias; Bitácora Ágora; Electrónica y Sistema Karibe.

**NOTA: Esta Sección tiene establecido un sistema computadorizado de Bitácoras. No nos hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such. For protection, Purchaser and Lender should require a Title Insurance Policy. If this document is used by someone other that the party requesting it, said person does so assuming any and all risks and liabilities. No title company other than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance Commitment and/or Policy. Capital Title Services, Inc., is not liable to other title companies for error or omissions in this title report. ANY TITLE COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY OF CAPITAL TITLE SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna. Para obtener protección, debe requerir una póliza de Seguro de Título. Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio riesgo y responsabilidad. Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una póliza de seguro de título. Capital Title Services, Inc., no es responsable ante otras compañías de título por errores u omisiones en este estudio de título. TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTE ESTUDIO DE TITULO PARA EXPEDIR UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD. LA RESPONSABILIDAD DE CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

**Capital Title Services, Inc.**

**POR:** *Ramón F. Gómez Marcos*
**13 de enero de 2020**
**NDT/sm/f**